# MINUTE ORDER

Page 7

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-4**    Date: 8/27/25    Time: 2:00 p.m.

| | |
|---|---|
| Defendant: Ortencia Brown | J#: 05182-512    Case #: 25-CR-20358-BECERRA/TORRES(SEALED) |
| AUSA: Almas Abdulla | Attorney: Ian McDonald; AFPD |
| Violation: Casting a False Ballot. Unlawful Voting by an Alien in Presidential Election. | Surr/Arrest Date: 08/27/25    YOB: 1979 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes  ☐ No | Recommended Bond: |
| Bond Set at: **STIP-$100K PSB** | Co-signed by: |

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ____
- [ ] Other: ____

Language: English

**Disposition:**

Defendant advised of rights and charges.

Government ore tenus motion to unseal - GRANTED-.

Defendant's ore tenus motion to appoint counsel -GRANTED-.

Defendant sworn; AFPD appointed

Government recommended $100K PSB, the parties stipulated to the bond. Court sets.

Defendant Arraigned

Defendant's ore tenus motion for SDO -GRANTED-

Brady Order Given

Defendant released

All further proceedings before Judge Becerra

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **14:18:39; 15:25:12**    Time in Court: **12 mins**

s/Ellen F. D'Angelo    Magistrate Judge