UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20358-BECERRA

UNITED STATES OF AMERICA

v.

ORTENCIA BROWN,

    Defendant.
_____/

# GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order, having produced records marked with Bates ranges BROWN_000001–520 via the digital dropbox USAfx on September 11, 2025, after conferring with the defense regarding the manner and timing of discovery pursuant to Federal Rule of Criminal Procedure 16.1. Counsel for the Defendant may contact the undersigned Assistant United States Attorney if any portions are missing. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

    A.    1.    Enclosed, please find a copy of the Defendant's interview with the Florida Law Enforcement Department audio/video recording, which contains recordings of the defendant's statements. *See* Audio file titled "*voice25625_112710.m4a*."

                2.    Although the following statements were not made in response to interrogation by any person then known to the defendant to be a government agent, the government is disclosing them voluntarily: BROWN_000231–36 (interview reports); BROWN_000020–229 (certified legal permanent residency and work permit applications); BROWN_000465–511 (driver license applications).

                3.    No defendant testified before the Grand Jury.

4. The defendant's prior criminal record, as documented by the National Crime Information Center, has been produced. *See* BROWN_000256–59.

5. Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida. Please call the undersigned to set up a date and time that is convenient to both parties. Please call the undersigned with 48 hours' notice if you intend to review the evidence on this date and time.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

6. There were no physical or mental examinations, scientific tests, or experiments made in connection with this case.

B. **DEMAND FOR RECIPROCAL DISCOVERY**: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of *Brady v. Maryland*, 373 U.S. 83 (1963), and *United States v. Agurs*, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of *Giglio v. United States*, 405 U.S. 150 (1972), or *Napue v. Illinois*, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice, or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo array, or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment, or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

J. The government has ordered that the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause be transcribed.

K. No contraband is involved in this indictment.

L. The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N. The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules

of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to assure a fair trial.

                                           Respectfully submitted,

                                           JASON A. REDING QUIÑONES
                                           UNITED STATES ATTORNEY

By:  */s/Almas Abdulla*
       Almas Abdulla
       Assistant United States Attorney
       Court ID: A5503257
       United States Attorney's Office
       99 N.E. 4th Street, #633
       Miami, FL 33132
       (305) 961-9008
       almas.abdulla@usdoj.gov

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on September 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document and the referenced discovery has been served on counsel of record in the manner described herein.

                                                  */s/ Almas Abdulla*
                                                  Almas Abdulla
                                                  Assistant United States Attorney