UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20358-CR-JB

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ORTENCIA BROWN,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

The defendant, Ortencia Brown, hereby gives notice that she has discussed with counsel her right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. Ms. Brown submits that she consents to a continuance in this case. She understands her right to a speedy trial and waives her rights under the Speedy Trial Act for the time period requested in the motion—45 days—or for the amount granted pursuant to the request. Additionally, Ms. Brown understands that the period of the continuance will be excluded from computation of time for purposes of the Speedy Trial Act.

Date: 9.19.25

By: _____
Ortencia Brown