UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20358-BECERRA

UNITED STATES OF AMERICA

v.

ORTENCIA BROWN,
Defendant.

_____/

### FACTUAL PROFFER

The United States of America, the Defendant, Ortencia Brown ("Defendant"), and the Defendant's undersigned counsel (collectively, the "Parties"), agree that had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

The Defendant was born in the Bahamas and came to the United States on a B2 visitor visa on or about July 15, 1991, when she was 12 years old. Neither of the Defendant's parents is a naturalized citizen of the United States. On or about October 9, 2021, the Defendant filed USCIS Form I-485 to apply to adjust her immigration status to lawful permanent resident and became a lawful permanent resident of the United States on or about April 3, 2023.

On or about August 15, 2024, the Defendant knowingly voted in person at the Miami-Dade County Joseph Caleb Center, in the Southern District of Florida, in the 2024 Primary Election. At that time, the Defendant knew that she was an alien and not a citizen of the United States.

The Defendant admitted to inspectors with the Florida Department of Law Enforcement that she had voted in person in the 2024 Primary Election.

One purpose of the 2024 Primary Election was to elect candidates for federal office, including for the Member of the Senate and Member of the House of Representatives.

1

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the Parties agree it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Section 611(a), as set forth in the Indictment.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 11/18/2025                    By: _____
                                        ALMAS ABDULLA
                                        ASSISTANT UNITED STATES ATTORNEY

Date: 11/18/2025                    By: _____
                                        SOGOL GHOMESHI
                                        ATTORNEY FOR DEFENDANT

Date: 11/18/2025                    By: _____
                                        ORTENCIA BROWN
                                        DEFENDANT